```
_____FILED      _____ENTERED
_____LODGED     _____RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEC 1 6 2014

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Purnell A. Shortall
Mary Ann Shortall
11885 Blades Road
Cordova, Md. 21625
      Plaintiffs

vs.    Civil No.: **WMN14CV3904**

Baltimore District
U.S. Army Corps of Engineers
10 South Howard Street
Baltimore, Md. 21201
      Defendant

Serve on:
    Michael Shields
    Assistant District Counsel

\* \* \* \* \*\*

## COMPLAINT

Plaintiffs, Purnell and Mary Ann Shortall, Pro Se Litigants, hereby files this Complaint against the U.S. Army Corps of Engineers, in the above action and states in support thereof: Jurisdiction in this case is based on the Federal Freedom of Information Act

1. This is an action brought forward pursuant to the Freedom of Information Act, 5 U.S.C. 552, As amended by Public Law No. 110-175, 121 Stat. 2524, and Public Law No. 111-83, 564, 123 Stat. 2142, 2184.

2. Plaintiffs, Purnell and Mary Ann Shortall are at all times relevant to this Complaint, are residents of the State of Maryland.

3. Defendant, U.S. Army Corps of Engineers is a Federal Agency, the Baltimore District office is located at 10 So. Howard St., Baltimore, Md.

4. This Court has jurisdiction over Defendant, pursuant to the Federal Freedom of Information Act, in accordance with the "Openness Promotes Effectiveness in our National Government Act of 2007 and the open FOIA act of 2009.

5. Venue is the U.S. District Court of Maryland, is appropriate, because the Defendant, U.S. Army Corps of Engineers is a U.S. Federal Agency,

therefore located in the State of Maryland.

6. On September 15, 2014, Plaintiff, Purnell Shortall mailed a letter requesting information from the U.S. Army Corps of Engineers, in accordance with the Federal Freedom of Information Act. See Attached Letter marked Exhibit "A".

7. On September 24, 2014 Plaintiff, Mary Ann Shortall submitted an e-mail to Michael S. Fraer, FOIA Specialist of USACE, Baltimore District confirming the requests for documents from the year of 1985 to 1992, which shall include all records, notes, documents regarding property located at 11523 Cordova Road, Cordova, Md. 21625. See Attached Letter marked Exhibit "B"

8. On October 3, 2014 Michael S. Fraer, responded via e-mail to Plaintiff Mary Ann Shortall stating Plaintiff's request had been granted.
See Attached e-mail and letter marked Exhibit "C".

9. On October 30, 2014 Plaintiff, Mary Ann Shortall submitted an e-mail to Michael S. Fraer, FOIA Specialist of USACE, Baltimore District advising him under the Information Act, the requested documents shall be submitted in 30 days, from the date of request. See Attached Letter marked Exhibit "D".

10. On November 13, 2014, Plaintiff, Mary Ann Shortall submitted an e-mail to Michael S. Fraer, FOIA Specialist advising the information requested had not been received. See Attached Letter marked Exhibit "E".

11. On December 1, 2014, Plaintiff, Purnell Shortall submitted a letter to Michael S. Fraer, FOIA Specialist by first-class mail, advising the Agency, Plaintiffs had not received the requested information and did not wish to get the Courts involved, but as of this date no response has been received. See Attached Letter marked Exhibit "F"

12. On December 9, 2014 Defendant's Counsel, Michael Shields, responded to apologize that Plaintiff's request had not been processed, due to the absence of Michael S. Fraer, FOIA Specialist. See Attached Letter marked Exhibit "G".

Defendant's failure to produce documents, as requested by the Plaintiffs, has caused the Plaintiff's substantial expenses, which would have been avoided if the Defendant's had produced documents, in a timely manner, pursuant to the Federal Freedom of Information Act.

Wherefore, Plaintiffs requests that the Court grant an award of One Hundred Thousand Dollars and no cents against the Defendants for willful neglect and failure to abide by the Federal Law required of all Federal Agencies entitled " Freedom of Information Act".

Wherefore, Plaintiffs requests that the Court, pursuant to the Federal Freedom of Information Act:

a. Determine that the requested Public records to include all notes, maps, reports, misc. documents presently held in the possession of the Defendants are not exempt from disclosure.

b, Order Defendants to produce the public records as previously specified to Plaintiffs immediately, to prevent further expenses to the Plaintiff.

c. Determine that Defendant arbitrarily, capriciously and willfully violated the Freedom of Information Act, by failing to respond to Plaintiff's request.

d. Award Plaintiffs reasonable costs in court fees and time incurred in preparing documents and repeatedly requesting such documents from the Defendant, with still no response.

e. Award Plaintiffs actual damages that the Court considers appropriate for Defendant's arbitrarily, capriciously and willfully violated the Federal Freedom of Information Act.

f. Provide any other relief that this Court deems appropriate.

Respectfully submitted this 15th day of December, 2014.

*Purnell Shortall*
Purnell Shortall

*Mary Ann Shortall*
Mary Ann Shortall
11885 Blades Road
Cordova, Md. 21625
410-822-1630